UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2025 JAN 22 P 1:45

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>JOHN R. SLOAN,<br><br>        Defendant. | Case No.<br><br>[21 U.S.C. §§ 841(a)(1),<br>841(b)(1)(A), 841(b)(1)(B), &<br>841(b)(1)(C); 18 U.S.C. §§ 922(g)(1)<br>& 924(a)(8)]<br><br>**Green Bay Division** |

### INDICTMENT

#### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about June 10, 2024, in the State and Eastern District of Wisconsin,

**JOHN R. SLOAN**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 12, 2024, in the State and Eastern District of Wisconsin,

**JOHN R. SLOAN**

knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

2

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 26, 2024, in the State and Eastern District of Wisconsin,

**JOHN R. SLOAN**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

3

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 7, 2024, in the State and Eastern District of Wisconsin,

**JOHN R. SLOAN**

knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

4

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about August 7, 2024, in the State and Eastern District of Wisconsin,

**JOHN R. SLOAN,**

knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms which, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearms are more particularly described as follows:

   a. a Beretta 9mm handgun bearing serial number NU094341;

   b. a Beretta 92G Elite 9mm handgun bearing serial number LTT009630;

   c. a silver Bon Arms Ranger .45 caliber handgun bearing serial number 152578; and

   d. a Remington Arms 870 Express Super Magnum 12-gauge shotgun bearing serial number C571890A.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

1.  Upon conviction of any controlled substance offense as alleged in Counts One through Four, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including but not limited to a sum of money representing the amount of proceeds obtained as a result of the offenses and the following: (1) approximately $60,240 seized from Sloan's residence in Kaukauna, Wisconsin on or about August 21, 2024; (2) approximately $81,950 seized from Sloan's storage unit in Kaukauna, Wisconsin on or about August 23, 2024; and (3) a 2016 Dodge Challenger bearing Wisconsin Registration ending in 7677.

2.  Upon conviction of the firearm offense alleged in Count Five, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the offense of conviction, including, but not limited to the following: (1) a Beretta 9mm handgun bearing serial number NU094341; (2) a Beretta 92G Elite 9mm handgun bearing serial number LTT009630; (3) a silver Bon Arms Ranger .45 caliber handgun bearing serial number 152578; and (4) a Remington Arms 870 Express Super Magnum 12-gauge shotgun bearing serial number C571890A.

3.  If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of

substitute property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL:

██████████████████

Dated: 1/22/2025

*Gregory J. Haanstad* (signature)
GREGORY J. HAANSTAD
United States Attorney

7